| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# ORDER TO DISBURSE CASH BAIL

| Criminal Action No. 2:04-CR-53m2<br>Crim. C04-32-02 | Termination Date:<br>6/28/04 | Division:<br>Corpus Christi |
|---|---|---|

| Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the Clerk of Court. |
|---|

| Amount Deposited:<br>$5000.00 | Defendant's Name:<br>Jaime Flores |
|---|---|
| | |

This deposit of cash having been made to secure the defendant's bond, the defendant having met the conditions of his bond, no deduction having been ordered, and the case having been terminated, the Clerk is ordered to issue a Registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on ___4/28___, 2005.

_____
Hayden Head
Chief Judge

APPROVED.
*Michael N. Milby*
United States District Clerk

By: _____ APR 12 2005
        Deputy Clerk    (Date)

By: __Grace A. Lucas__ 4/11/05
        Financial Deputy   (Date)

NO OBJECTION.
United States Attorney

By: _____
        Assistant U.S. Attorney   (Date)